

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00556-CV

Vanessa **GARCIA**,
Appellant

v.

David **HAYES**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV06246
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
Irene Rios Justice
Beth Watkins, Justice

Delivered and Filed: February 28, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on January 8, 2024 and was not filed. We therefore ordered appellant to file, by February 5, 2024, her brief and a written response reasonably explaining her failure to timely file a brief. In our order, we cautioned appellant if she failed to timely file a brief and written response, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c). Appellant has not responded to our order. Accordingly, because appellant has failed to timely file a brief, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id.* R. 42.3(c).

PER CURIAM